[No. 1428-1.   Division One.   September 17, 1973.]

VIRGINIA KLUGE *et al., Respondents,* v. GENEVIEVE GANNON, *Defendant,* RICHARD P. JONES *et al., Appellants.*

Appeal from a judgment of the Superior Court for Whatcom County, No. 44440, Harry A. Follman, J., entered December 22, 1971. *Remanded* by unpublished opinion per James, J., concurred in by Swanson, C.J., and Horowitz, J.

[No. 1550-1.   Division One.   September 17, 1973.]

STANDARD INVESTMENT Co., INC., *Respondent,* v. RALPH J. GUST, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 740309, George H. Freese, J., entered February 18, 1972. *Affirmed* by unpublished opinion per Horowitz, J., concurred in by Swanson, C.J., and Williams, J.

[No. 948-2.   Division Two.   September 20, 1973.]

PATRICK G. CONLIN, *Respondent,* v. BONNEVILLE SYLVAN LIFE INSURANCE COMPANY, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 742415, Charles R. Denney, J. Pro Tem., entered October 17, 1972. *Affirmed* by unpublished per curiam opinion.

[No. 993-2.   Division Two.   September 21, 1973.]

ROBERT BERTOCCHINI *et al., Appellants,* v. HI HO SHOPPING CENTER, INC., *Respondent.*

Appeal from a judgment of the Superior Court for Pierce County, No. 209167, Bertil E. Johnson, J., entered December 18, 1972. *Affirmed* by unpublished opinion per Armstrong, J., concurred in by Pearson, C.J., and Petrie, J.